UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWANDA BUTLER | CIVIL ACTION |
| VERSUS | NO. 14-1569 |
| SMUCKER FOODSERVICE, INC., ET AL. | SECTION A(34 |

## ORDER AND REASONS

Before the Court is a **Motion for Partial Summary Judgment (Rec. Doc. 51)** filed by Defendants Folger Coffee Company and Smucker Foodservice, Inc. ("Movants"). The motion, set for submission on December 2, 2015, is before the Court on the briefs without oral argument. This matter is set to be tried to a jury on February 29, 2016.

Movants' motion requests the following relief: (1) that the Court will instruct the jury as to comparative fault with regard to Plaintiff and her employer; (2) that at trial the special verdict form will follow Articles 2323 and 2324 of the Louisiana Civil Code; and (3) that in quantifying the fault of Plaintiff's employer, XLC, "the Court will recognize the vicarious liability principle in addition to the direct liability principle in a manner that respects § 1104." (Rec. Doc. 51-1).

The Court agrees with Third-Party Defendant Arch Insurance Company that these issues are inappropriate for summary judgment. One of the principal purposes of summary judgment procedure is "to isolate and dispose of factually unsupported claims or defenses." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323-24 (1986). Movants' motion does not ask the Court to dispose of any claims, defenses, or parts of claims or defenses in this case. Instead, Movants' ask the Court to make decisions that cannot be made until trial nears.

Accordingly;

1

**IT IS ORDERED** that **Motion for Partial Summary Judgment (Rec. Doc. 51)** is **DENIED**.

January 19, 2016

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE
